Case3:13-cv-01491-NC   Document12   Filed08/15/13   Page1 of 2

1  James P. Keenley (State Bar No. 253106)
   Emily A. Bolt (State Bar No. 253109)
2  BOLT · KEENLEY - ATTORNEYS AT LAW
   1010 Grayson Street, Suite Two
3  Berkeley, California 94710
   Phone: (510) 225-0696
4  Fax: (510) 225-1095

5
   *Attorneys for Plaintiff*
6
                **IN THE UNITED STATES DISTRICT COURT**
7               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                     **SAN FRANCISCO/OAKLAND DIVISION**
8

9
   Paramjot SANDHU,                  )   Case No.:  C13-1491 (NC)
10                                    )
                                      )
11      Plaintiff,                    )   **REQUEST FOR DISMISSAL WITH**
                                      )   **PREJUDICE**
12 v.                                 )
                                      )
13 METROPOLITAN LIFE INSURANCE        )
   COMPANY and KAISER FOUNDATION      )
14 HEALTH PLAN, INC. LONG TERM        )
   DISABILITY PLAN                    )
15                                    )

16      Defendants.

17

18     The parties have reached a confidential settlement of all claims asserted in this action or

19 that could have been asserted in this action.  Accordingly, pursuant to Federal Rule of Civil

20 Procedure 41(a)(1), Plaintiff hereby requests dismissal of this entire action with prejudice, each

21 party to bear its own fees and costs.  No Defendant has entered an appearance in the matter.

22

23 Dated:  August 15, 2013                    Respectfully submitted,

24                                             BOLT · KEENLEY - ATTORNEYS AT LAW

25                                                    /s/
26                                             By:_____
                                                   James P. Keenley
27                                                 Attorneys for Plaintiff

28
   CASE NO. C13-1491 (NC)                    1

1

**~~[PROPOSED]~~ ORDER**

2   The parties having reached a settlement and Plaintiff having requested a dismissal, this
3   action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with
4   each party to bear its own costs and attorneys' fees,

5   **IT IS SO ORDERED.**

6

7

8   Dated:  August 15, 2013          By: _____
9                                         Nathanael M. Cousins
10                                        UNITED STATES MAGISTRATE JUDGE



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C13-1491 (NC)                         2