James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Paramjot SANDHU, | Case No.: C13-1491 (NC) |
| Plaintiff, | **REQUEST FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY and KAISER FOUNDATION HEALTH PLAN, INC. LONG TERM DISABILITY PLAN | |
| Defendants. | |

The parties have reached a confidential settlement of all claims asserted in this action or that could have been asserted in this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby requests dismissal of this entire action with prejudice, each party to bear its own fees and costs. No Defendant has entered an appearance in the matter.

Dated: August 15, 2013                    Respectfully submitted,

                                          BOLT · KEENLEY - ATTORNEYS AT LAW

                                                /s/
                                          By:_____
                                             James P. Keenley
                                             Attorneys for Plaintiff

CASE NO. C13-1491 (NC)                    1

# ~~[PROPOSED]~~ ORDER

The parties having reached a settlement and Plaintiff having requested a dismissal, this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.**

Dated: August 15, 2013                    By: _____
                                              Nathanael M. Cousins
                                              UNITED STATES MAGISTRATE JUDGE



CASE NO. C13-1491 (NC)                    2